```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/29/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JEFF MARANO & NORBERTO BENITEZ,
                                   Plaintiffs,                           05 **CIVIL** 9375 (BSJ)

        -against-                                      **JUDGMENT**

SOREN AABOE, et al.,                           # 11, 0572
                                Defendants.
------------------------------------------------------------X

       Whereas on October 20, 2010, the Honorable Ronald L. Ellis, United States Magistrate Judge, having issued a Report and Recommendation (the "report"), and the matter having come before the Honorable Barbara S. Jones, United States District Judge, and the Court, on March 28, 2011, having rendered its Order confirming and adopting the report in its entirety, denying Marano's motion to change his damages election and not awarding him any damages, awarding Benitez judgment against Defendants as follows: $10,000 in compensatory damages for the violation of his right to publicity, $10,000 in exemplary damages, and $1,867.50 in costs resulting from the proceeding, and denying Plaintiffs' request for attorneys' fees, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 28, 2011, the report is confirmed and adopted in its entirety; Marano's motion to change his damages election is denied and he is not awarded any damages; Benitez is awarded judgment against Defendants as follows: $10,000 in compensatory damages for the violation of his right to publicity, $10,000 in exemplary damages, and $1,867.50 in costs resulting from the proceeding; and Plaintiffs' request for attorneys' fees is denied; the parties' failure to file written objections precludes appellate review of the Order dated March 28, 2011; accordingly, the

case is closed.

**Dated:** New York, New York
March 29, 2011

                                            **RUBY J. KRAJICK**

                                              **Clerk of Court**

**BY:**

                                              **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____